**Nicolas A. CASEY, by his Next Friend Michael HANSON, Appellant,**

v.

**Michael CASEY, Michael Bocquillon, John Bamvakais, and Matthew Tornetto, Respondents.**

**No. ED 88167.**

Missouri Court of Appeals, Eastern District, Division Three.

Feb. 13, 2007.

Richard R. Veit, Saint Charles, MO, for Appellant.

Sam P. Rynearson, Stephanie Morrell, Saint Louis, MO, John F. Cooney, Kristi M. Pfotenhauer, Martin J. Buckley, Adrian P. Sulser, Saint Louis, MO, for Respondents.

Before GLENN A. NORTON, P.J., LAWRENCE E. MOONEY, J., and KENNETH M. ROMINES, J.

## *ORDER*

PER CURIAM.

Nicolas Casey appeals the judgment and order granting a motion for directed verdict in favor of Michael Casey, Michael Bocquillon, John Bamvakais and Matthew Tornetto. We find that the court did not err in finding that the plaintiff did not present a submissible case of wrongful death against any of the defendants. An extended opinion would have no precedential value. We affirm the judgment of the trial court under Rule 84.16(b).